# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139799(56)(58)

JOHN F. SINGER, III,
        Plaintiff-Appellant,

v

ANURADHA SREENIVASAN and
BALAJI GANAPATHY,
        Defendants-Appellees.

_____

SC: 139799
COA: 284575
Macomb CC: 06-002281-NI

       On order of the Chief Justice, the motion by Michigan Defense Trial Counsel for leave to file a brief *amicus curiae* is considered and it is GRANTED. The motion by plaintiff-appellant for extension to August 11, 2010 of the time for filing his brief is considered and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2010

*Corbin R. Davis*
Clerk